■ RICHARD GLOVER, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents. [612 NYS2d 967] —Appeal from an order of the Supreme Court (Harris, J.), entered August 11, 1993 in Albany County, which denied plaintiff's motion for a preliminary injunction.

Supreme Court correctly rejected plaintiff's request for a preliminary injunction in light of the fact that the motion was not part of a pending action or proceeding. Moreover, even if the allegations in plaintiff's motion papers were construed as an inartful attempt to commence a CPLR article 78 proceeding, such an attempt would fail because of the lack of compliance with the procedural requirements for commencing such a proceeding.

Cardona, P. J., White, Casey, Weiss and Peters, JJ., concur. Ordered that the order is affirmed, without costs.

■ In the Matter of the Claim of JEAN C. BENITO, Appellant. SHULSKY PROPERTIES, Respondent; JOHN F. HUDACS, as Commissioner of Labor, Respondent. [612 NYS2d 967] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 8, 1993, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Substantial evidence exists in the record to support the Board's determination that claimant, a freight elevator operator in a commercial building, committed misconduct when he threatened an employee of one of the building's tenants with a knife. Although claimant denies that the incident occurred, this merely presented a question of credibility for the Board to resolve. We have considered claimant's remaining contention and find it lacking in merit.

Mikoll, J. P., Mercure, Yesawich Jr. and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.